UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON DIVISION

| | | |
|---|---|---|
| **OMENMA ABENGOWE,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No.: _____ |
| | ) | |
| | ) | |
| **GREYHOUND LINES, INC.;** | ) | |
| **FLIX NORTH AMERICA, INC.;** | ) | |
| **and JOHN DOE 1 (Bus Driver)**, | ) | |
| Defendants. | ) | |

## REQUEST TO CORRECT SCRIVENER'S ERROR

Plaintiff, through undersigned counsel, respectfully notifies the Court that the Plaintiff's name was entered incorrectly at case opening. The correct spelling is:

**Omenma Abengowe**

Plaintiff requests that the docket reflect the correct party name.

**Respectfully submitted,**

*/s/ Joseph Resnek/*

**Joseph Resnek, BBO# 704525**
**PO BOX 505438**
**Chelsea, MA 02150**
**(617) 461-3462**
**AttorneyJoeResnek@gmail.com**